UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-92(01) RM |
| | ) | |
| ROBERT C. WEAVER III | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 15, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 17], ACCEPTS defendant Robert Weaver's plea of guilty, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:  October 8, 2010

　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　Judge, United States District Court